OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

UNITED STATES OF AMERICA,
Petitioner,

V.

LARRY B. GOLSON,
Respondent,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05mc3264-T

TO: (Name and address of Defendant)

LARRY B. GOLSON
7736 Deer Trail Road
Montgomery, AL 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Randolph Neeley
Assistant U.S. Attorney
One Court Square, Suite 201
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within _10_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                    9/19/05
CLERK                                 DATE

_[signature]_
(By) DEPUTY CLERK

SCANNED
9-19-05