# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| PETITIONER, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2:05-MC-3264-T |
| LARRY B. GOLSON, | ) | |
| RESPONDENT. | ) | |

## MOTION TO RESCHEDULE HEARING

COMES NOW, the Petitioner, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to re-schedule the hearing currently set for October 24, 2005.

As grounds for said request, Petitioner states the following:

1.      Petitioner filed its Petition to Enforce Internal Revenue Summons with the Court on September 15, 2005.

2.      The Court entered an Order to Show Cause on September 19, 2005.

3.      Petitioner filed its Motion for Leave to Perfect Service out of Time on October 7, 2005. This motion is pending before the Court.

4.      The Court's Order of September 19, 2005, provides Respondent ten (10) days after service of the Summons, Petition and Exhibits in which to file a response.

5.      In light of the additional time necessary to perfect service on Respondent, and Respondent's time-frame in which to file a response, Petitioner seeks to have the Court re-schedule the October 24, 2005 hearing to a later date, mindful of the Court's calendar and the position of the parties.

6.    A proposed order is attached for the Court's convenience.

Respectfully submitted this 7th day of October, 2005.

LEURA G. CANARY
United States Attorney

By:_____
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Defendant
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
**E-mail: rand.neeley@usdoj.gov**