IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PETITIONER,<br><br>v.<br><br>Larry B. GOLSON,<br><br>    RESPONDENT. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:05-mc-3264-T<br>)<br>)<br>)<br>) |

### ORDER TO SHOW CAUSE

Upon the petition of the United States, and the declaration and summons attached thereto, it is hereby

ORDERED that respondent, **Larry B. Golson**, appear before the District Court of the United States for the Middle District of Alabama in that branch thereof presided over by the Honorable **Myron H. Thompson**, the undersigned, in the United States Courthouse, One Church Street, Montgomery, Alabama 36104 at _____ on the _____ day of _____, 2005, at Courtroom _____, to show cause why respondent should not be compelled to comply with the Internal Revenue Service summons served on respondent on June 13, 2005.  It is further

ORDERED that a copy of this Order, together with the petition and exhibits thereto, be personally served on **Larry B. Golson**, by the United States Marshall's Service within 20 days of this Order.

It is further

ORDERED within 10 days of service of copies of this Order,

the petition and exhibits thereto, respondent shall file and serve a written response to the petition.

    Entered this _____ day of _____, 2005.

BY THE COURT:

_____
Honorable Myron H. Thompson
UNITED STATES DISTRICT COURT