IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )  | |
|    PETITIONER,    ) | |
| )  | CIVIL ACTION NO. |
| v.    ) | 2:05mc3264-T |
| )  | |
| LARRY B. GOLSON,    ) | |
| )  | |
|    RESPONDENT.    ) | |

## ORDER

It is ORDERED that petitioner's motion for extension of time (Doc. No. 4) and motion to reschedule hearing (Doc. No. 5) are granted.

DONE, this the 11th day of October, 2005.

                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE