IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
|    PETITIONER, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05mc3264-T |
| | ) | |
| **LARRY B. GOLSON,** | ) | |
| | ) | |
|    RESPONDENT. | ) | |

ORDER TO SHOW CAUSE

Upon the petition of the United States, and the declaration and summons attached thereto, it is hereby

ORDERED that respondent Larry B. Golson appear before the District Court of the Middle District of Alabama in that branch thereof presided over by the Honorable Myron H. Thompson, the undersigned, in the United States Courthouse, One Church Street, Montgomery, Alabama 36104, at 10:00 a.m., on the 21st day of November, 2005, in Courtroom 2E, to show cause why respondent should not be compelled to comply with the Internal Revenue Service

summons served on respondent on June 13, 2005. It is further

ORDERED that a copy of this Order, together with the petition and exhibits thereto, be personally served on Larry B. Golson, by delivering a copy to respondent personally or by leaving copies thereof at his dwelling or usual place of abode with some person of suitable age and discretion found therein on or before October 28th, 2005. It is further

ORDERED within 10 days of service of copies of this Order, the petition and exhibits thereto, respondent shall file and serve a written response to the petition.

DONE, this the 11th day of October, 2005.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE