**U.S. Department of Justice**  
United States Marshals Service

48.5

**PROCESS RECEIPT AND RETURN**  
See "Instructions for Service of Process by U.S. Marshal"



| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | MISC. NO. 2:05-MC-3264-T |
| DEFENDANT | TYPE OF PROCESS |
| LARRY B. GOLSON | Enforce and Order to Show Cause |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**
- LARRY B. GOLSON   Ph# 334-549-2803  Cell Phone
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
- 7736 Deer Trail Road, Montgomery, Alabama 36117

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

R. RANDOLPH NEELEY  
ASSISTANT U.S. ATTORNEY  
ONE COURT SQUARE, SUITE 201  
MONTGOMERY, AL 36104

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Signature of Attorney other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT  
TELEPHONE NUMBER: (334) 223-7280  
DATE: 10/11/05

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)  
Total Process: —  
District of Origin No. 2  
District to Serve No. 2  
Signature of Authorized USMS Deputy or Clerk: K. Chavers  
Date: 10/18/05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):  
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):  
Date: 10/21/05  
Time: 3:30 ☒ pm  
Signature of U.S. Marshal or Deputy: Michael H. Estes

RETURNED AND FILED  
OCT 2 6 2005  
CLERK  
U.S. DISTRICT COURT  
MIDDLE DIST OF ALA

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $90.00 | $10.67 | | $100.67 | | $0.00 |

REMARKS: 10/20-05 Endeavor - No one @ Home, Left notification. MB  
10/21/05: Papers P/u by Larry Golson @ USMS Office. MB  
Per agreement M.Estes

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285  
Rev. 12/15/80  
Automated 01/00