DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA

**NOTARIZED SWORN AFFIDAVIT**

Date October 31, 2005
CASE NUMBER: 2:05mc3264-T

I, Larry B. Golson, (live real Natural born flesh and blood Man), a free Person, do NOT have any "Number" (known as a "Taxpayer License Number", Social Security Number", "Taxpayer I.D." Number, or any other "moniker"), Swear to the best of my knowledge, information and belief that there is No Evidence "on the Record" to support an ORDER TO SHOW CAUSE, against "ficticious Party" LARRY B. GOLSON which DOES have a Socialist-Slave I.D. Number" (fiction, Ens Legis).

The Petitioner has cited a "**Fictitious Party**" as "**RESPONDENT**" which is a "Fraud upon the Court" and "Contempt of Court" (see Black's Law Dictionary 5th Edition).

All documents received under duress and under protest.

I swear the above Information is true, complete, and correct to the best of my knowledge, information, and belief under Penalties of Perjury and my "Commercial Liability" (Notarized Signature).

_____

Notary Endorsement: Signature witnessed before me this date; 11-1-05

Cc: R. Randolph Neely
Certified Mail # 7005 0390 0001 0094 9029
Certified Mail # 7005 0390 0001 0094 9036

DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA

**NOTARIZED SWORN AFFIDAVIT**

Date October 31, 2005
CASE NUMBER: 2:05mc3263-T

I, Debra G. Golson, (live real Natural born flesh and blood Woman), a free Person, do NOT have any "Number" (known as a "Taxpayer License Number", Social Security Number", "Taxpayer I.D." Number, or any other "moniker"), Swear to the best of my knowledge, information and belief that there is No Evidence "on the Record" to support an ORDER TO SHOW CAUSE, against "ficticious Party" DEBRA G. GOLSON which DOES have a Socialist-Slave I.D. Number" (fiction, Ens Legis).

The Petitioner has cited a "**Fictitious Party**" as "**RESPONDENT**" which is a "Fraud upon the Court" and "Contempt of Court" (see Black's Law Dictionary 5th Edition).

All documents received under duress and under protest.

I swear the above Information is true, complete, and correct to the best of my knowledge, information, and belief under Penalties of Perjury and my "Commercial Liability" (Notarized Signature).

*[signature]*

Notary Endorsement: Signature witnessed before me this date; *[signature]* 11-1-05

Cc: R. Randolph Neely
Certified Mail # 7005 0390 0001 0094 9029
Certified Mail # 7005 0390 0001 0094 9036