Larry B.; Golson, all rights reserved address used without prejudice to rights
Care of, - 7736 Deer Trail Road
Montgomery, Alabama Non-Domestic is in real Alabama land

UNITED STATES DISTRICT COURT November, 3, 2005
address used without prejudice to rights
c/o, - Clerk of the Court, One Court Street
Montgomery, AL  36104

Dear Clerk of the Court,

Enclosed herewith, returned, rejected and refused for fraud are legal documents, which
were delivered fraudulently "without prejudice", and they are "Returned to Sender".

As I do not have "enough information or knowledge upon which to base a responsive
answer" - it is apparently not intended for me.  As I am not a trustee/fiduciary or
transfer agent, and As I am not a resident or resident agent, it is apparently not
intended for me.

As I am not "Trading As" "d.b.a." or "a.k.a." LARRY B. GOLSON, and as I am not a
corporation, business or self-employed, it is apparently not intended for me.

The "Unliquidated Debt" (Res), (identified by Instrument/Document) which is the
"subject-matter" of this action, is not within the territorial jurisdiction of the Court.

I do not understand these papers.

As it is illegal for me to knowingly accept or keep mail or papers particularly legal
papers, that are fraudulently delivered - they are returned to you for fraud, fraudulent
venue, and no valid Subject matter as pertains to me an actual live flesh and blood
American man.

Any mail or other (legal) papers intended for my attention may be directed as shown:
Larry B.; Golson, all rights reserved
address used without prejudice to rights
Care of, - 7736 Deer Trail Road
Montgomery, Non-Domestic is in real
Alabama No zip Code

Sincerely yours,
Larry B. Golson, real natural man
not corporate fiction person subject