2:05mc 3264-T

DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 NOV 15 P 2:07

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

PETITION TO STRIKE

PLAINTIFF'S CASE, ACTION, INDICTMENT, CLAIM, COMPLAINT, or CAUSE

FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

**COMES NOW** "DECLARANT" signor below, and **PETITIONS** this Court **TO STRIKE PLAINTIFF'S CASE, ACTION, INDICTMENT, CLAIM, COMPLAINT, or CAUSE FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**, for the following reason:

COURT "RULES OF EVIDENCE" mandate that any and all "evidence" before the Court, to be evidenciary, must be personally signed "sworn under penalty of perjury" and personal signature **NOTARIZED**.

Upon examination of the "Court Record" there appears to be "No Evidence" to support PLAINTIFF"S CASE, ACTION, INDICTMET, CLAIM, COMPLAINT, or CAUSE.

The Plaintiff has cited a "Ficticious Party" as "DEFENDANT", which is a "Fraud upon the Court" and "Contempt of Court" see Black's Law Dictionary 5 th Edition, copy page #562 enclosed/attached).

**WHEREFORE**, Declarant PETITIONS that the above cited action, case, or cause be "STRICKEN FROM THE RECORD" for Failure to state a Claim.

Dated: 11-14-05

Declarant: _____
live Natural flesh-and-blood Man

enclosure: copy of Black's Law Dictionary 5 th Edition, page #562

SCANNED