IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA,   )
                          )
    Petitioner,       )
                          )     CIVIL ACTION NO.
    v.               )      2:05mc3264-T
                          )
LARRY B. GOLSON,       )
                          )
    Respondent.      )


ORDER

It is ORDERED that the respondent's petition to strike (Doc. No. 12) is denied.

DONE, this the 16th day of November, 2005.


                  /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE