⬥AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of _____ ALABAMA

UNITED STATES OF AMERICA

V.

LARRY B. GOLSON
7736 Deer Trail Road, Montgomery, Alabama

**BENCH WARRANT FOR ARREST**

Case Number:  2:05-mc-03264-T

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **LARRY B. GOLSON** _____
                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

**FAILURE TO APPEAR**

in violation of Title _____ United States Code, Section(s) _____

MYRON H. THOMPSON
Name of Issuing Officer

U. S. DISTRICT JUDGE, MIDDLE ALABAMA
Title of Issuing Officer

Signature of Issuing Officer

November 21, 2005,  Montgomery, Alabama
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |