♦AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

LARRY B. GOLSON
7736 Deer Trail Road, Montgomery, Alabama

**BENCH WARRANT FOR ARREST**

Case Number:   2:05-mc-03264-T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __LARRY B. GOLSON__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   X Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

FAILURE TO APPEAR

RETURNED AND FILED

NOV 2 2 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

in violation of Title _____ United States Code, Section(s) _____

__MYRON H. THOMPSON__
Name of Issuing Officer

__U. S. DISTRICT JUDGE, MIDDLE ALABAMA__
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

November 21, 2005,   Montgomery, Alabama
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

USMS M/AL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/22/2005 | J.C. Hamilton | _[signature]_ J.C. Hamilton |
| DATE OF ARREST 11/22/2005 | DUSM M/AL | |