IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05mc3264-T |
| | ) | (WO) |
| **LARRY B. GOLSON,** | ) | |
| Respondent. | ) | |

### JUDGMENT

Based upon the representations made in open court on November 22, 2005, it is the ORDER, JUDGMENT, and DECREE of the court that petitioner United States of America's petition to enforce IRS summons (Doc. No. 1) is denied without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 28th day of November, 2005.

                                            /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE