IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA,  )
                           )
        Petitioner,        )
                           )        CIVIL ACTION NO.
        v.                 )          2:05mc3264-T
                           )              (WO)
LARRY B. GOLSON,           )
                           )
        Respondent.        )

ORDER

It is ORDERED that respondent's motion to dismiss for lack of jurisdiction (Doc. No. 18) is denied.

DONE, this the 29th day of November, 2005.


             /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE